UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
THOMAS GATTI,

                      Plaintiff,                  Civil Action No.: 1:25-cv-8135

             -against-                        ANSWER

SEVERN PEANUT COMPANY, INC.

                      Defendants.
------------------------------------------------------------------X

      Defendant, SEVERN PEANUT COMPANY (hereinafter "Defendant"), through its attorneys, BARRY, McTIERNAN & MOORE, LLC as and for its answer to the Plaintiff's Complaint states as follows:

<u>PRELIMINARY STATEMENT</u>

      1.      Denies upon information and belief, each and every allegation contained in paragraph numbered "1" with all questions of law referred to the Court.

      2.      Denies upon information and belief, each and every allegation contained in paragraph numbered "2" with all questions of law referred to the Court.

      3.      Denies upon information and belief, each and every allegation contained in paragraph numbered "3" with all questions of law referred to the Court.

      4.      Denies upon information and belief, each and every allegation contained in paragraph numbered "4" with all questions of law referred to the Court.

      5.      Denies any knowledge or information sufficient to form a belief as to the allegations contained in paragraph numbered "5" of the Verified Complaint.

6. Denies upon information and belief, each and every allegation contained in paragraph numbered "6" of the Verified Complaint but admits SEVERN PEANUT COMPANY is a foreign corporation.

7. Denies any knowledge or information sufficient to form a belief as to the allegations contained in paragraph numbered "7" of the Verified Complaint.

8. Denies upon information and belief, each and every allegation contained in paragraph numbered "8" with all questions of law referred to the Court.

9. Denies each and every allegation contained in paragraph "9" of the Verified Complaint.

10. Denies each and every allegation contained in paragraph "10" of the Verified Complaint.

11. Denies each and every allegation contained in paragraph "11" of the Verified Complaint.

## ANSWERING A FIRST CAUSE OF ACTION

12. Answering paragraph numbered "12" of the Verified Complaint, Answering Defendant, repeats, reiterates and realleges each and every response contained in paragraphs "1" through "11" of this Verified Answer to the Verified Complaint.

13. Denies each and every allegation contained in paragraph "13" of the Verified Complaint.

14. Denies upon information and belief, each and every allegation contained in paragraph numbered "14" with all questions of law referred to the Court.

15. Denies each and every allegation contained in paragraph "15" of the Verified Complaint.

## ANSWERING A SECOND CAUSE OF ACTION

16. Answering paragraph numbered "16" of the Verified Complaint, Answering Defendant, repeats, reiterates and realleges each and every response contained in paragraphs "1" through "15" of this Verified Answer to the Verified Complaint.

17. Denies each and every allegation contained in paragraph "17" of the Verified Complaint.

18. Denies each and every allegation contained in paragraph "18" of the Verified Complaint.

19. Denies each and every allegation contained in paragraph "19" of the Verified Complaint.

## ANSWERING A THIRD CAUSE OF ACTION

20. Answering paragraph numbered "20" of the Verified Complaint, Answering Defendant, repeats, reiterates and realleges each and every response contained in paragraphs "1" through "19" of this Verified Answer to the Verified Complaint.

21. Denies upon information and belief, each and every allegation contained in paragraph numbered "21" with all questions of law referred to the Court.

22. Denies each and every allegation contained in paragraph "22" of the Verified Complaint.

23. Denies each and every allegation contained in paragraph "23" of the Verified Complaint.

## ANSWERING A FOURTH CAUSE OF ACTION

24. Answering paragraph numbered "24" of the Verified Complaint, Answering Defendant, repeats, reiterates and realleges each and every response contained in paragraphs "1" through "23" of this Verified Answer to the Verified Complaint.

25. Denies upon information and belief, each and every allegation contained in paragraph numbered "25" with all questions of law referred to the Court.

26. Denies upon information and belief, each and every allegation contained in paragraph numbered "26" with all questions of law referred to the Court.

27. Denies each and every allegation contained in paragraph "27" of the Verified Complaint.

## ANSWERING A FIFTH CAUSE OF ACTION

28. Answering paragraph numbered "28" of the Verified Complaint, Answering Defendant, repeats, reiterates and realleges each and every response contained in paragraphs "1" through "27" of this Verified Answer to the Verified Complaint.

29. Denies each and every allegation contained in paragraph "29" of the Verified Complaint.

30. Denies each and every allegation contained in paragraph "30" of the Verified Complaint.

31. Denies upon information and belief, each and every allegation contained in paragraph numbered "31" with all questions of law referred to the Court.

## AS AND FOR A FIRST AFFIRAMTIVE DEFENSE

32. That the injuries and/or damages allegedly sustained by the Plaintiff were caused, in whole or in part, by the negligence, carelessness, recklessness, comparative negligence and/or other culpable conduct on the part of the Plaintiff.

## AS AND FOR A SECOND AFFIRMATIVE DEFENSE

33. That the defendant, SEVERN PEANUT COMPANY, asserts the terms, provisions, limitations and rights contained in §4545(c) of the CPLR.

## AS AND FOR A THIRD AFFIRMATIVE DEFENSE

34. The injuries allegedly suffered by the Plaintiff, if any (which injuries are specifically denied by the answering defendant), were the result of culpable conduct or fault of third persons for whose conduct this answering defendant is not legally responsible, and the damaged recovered by the Plaintiff, if any, should be diminished or reduced in the proportion to which said culpable conduct bears upon the culpable conduct which caused the damages.  Any liability on the part of this answering defendant (which liability is vigorously and specifically denied) is fifty percent or less of the liability of all persons who are the cause of the alleged injuries, if any, and the liability of this answering defendant for non-economic loss does not exceed this answering defendant's equitable share determined in accordance with the relative culpability of each person causing or contributing to the total liability for non-economic loss pursuant to CPLR section 1601 through 1603.

## AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

35. That the injuries to the Plaintiff, if any, arose out of certain risks, dangers and hazards, all of which were obvious and well known to the Plaintiff at and before the said injuries and all of said risks, dangers and hazards had been assumed by the Plaintiff herein.

## AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

36. That the injuries and damages alleged to have been sustained by Plaintiff were caused as a result of the misuse and/or abuse of the subject product.

## AS AND FOR A SIXTH AFFIRAMTIVE DEFENSE

37. That the defendant, SEVERN PEANUT COMPANY, asserts and alleges lack of privity as a complete and/or partial bar to Plaintiff's claims and allegations herein.

## AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

38. That Plaintiff is not entitled to a recovery in whole or in part due to the failure of said Plaintiff to mitigate his damages and defendant, SEVERN PEANUT COMPANY, will seek a dismissal of Plaintiff's suit due to said failure to mitigate or in the alternative a reduction in any recovery to be made by Plaintiff due to his failure to mitigate his damages.

## AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE

39. That the instant action against the defendant, SEVERN PEANUT COMPANY, is barred by the doctrines of laches and/or waiver.

## AS AND FOR A NINTH AFFIRMATIVE DEFENSE

40. Defendant alleges and asserts that some or all of Plaintiff's claims are preempted by applicable statutes.

## AS AND FOR A TENTH AFFIRMATIVE DEFENSE

41. Defendant asserts that it complied with all applicable state, local and federal laws.

## AS AND FOR AN ELEVENTH AFFIRMATIVE DEFENSE

42. Plaintiff's complaint fails to assert a cause of action.

### AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE

43. Defendant reserves the right to assert additional defenses as may be revealed by discovery in this matter.

### AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE

44. That there is no jurisdiction over this answering Defendant due to insufficient and/or improper process and/or service of process.

### AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE

45. That Plaintiff has failed to join a necessary party.

**WHEREFORE**, Defendant demands judgment dismissing the Complaint of the Plaintiff herein as to said Defendant, together with the costs and disbursements of this action.

Dated: New York, New York
October 15, 2025

BARRY MCTIERNAN & MOORE LLC

_____
SUZANNE M. HALBADIER, ESQ.(SMH0310)
Attorneys for Defendant
SEVERN PEANUT COMPANY
One Battery Park Plaza – 35th Floor
New York, New York 10004

TO:

LAX LLP
Robert I. Lax, Esq.
Attorney for Plaintiff
380 Lexington Avenue – 31st Floor
New York, New York 10168