UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS GATTI,

          Plaintiff,

-against-

SEVERN PEANUT COMPANY, INC.,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/21/2025

25 Civ. 8135 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court is in receipt of Plaintiff's letter dated November 19, 2025. ECF No. 13. By **December 1, 2025**, Defendant shall file a letter response.

    SO ORDERED.

Dated: November 21, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge