UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS GATTI,

                          Plaintiff,

        -against-

SEVERN PEANUT COMPANY, INC.,

                          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _12/2/2025_

25 Civ. 8135 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court has reviewed the parties' pre-motion letters regarding Plaintiff's anticipated motion to strike Defendant's affirmative defenses. ECF Nos. 13, 15. Accordingly:

1. By **December 22, 2025**, Plaintiff shall file his motion to strike.
2. By **January 5, 2026**, Defendant shall file its response.
3. By **January 9, 2026**, Plaintiff shall file his reply, if any.

SO ORDERED.

Dated: December 2, 2025
       New York, New York

_____
ANALISA TORRES
United States District Judge